**People of the State of Illinois, Plaintiff-Appellee, v. Steven Mitchell, Defendant-Appellant.**

**Gen. Nos. 53,228, 53,229 (Impleaded). (Abstract of Decision.)**

First District, Third Division.

November 6, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Kenneth L. Gillis, Special Assistant State's Attorney and Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE McNAMARA. **Not to be published in full.**